944 A.2d 27

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
GERARD COLOMBINO, DEFENDANT–PETITIONER.

February 29, 2008.

Denied.